1  Nicholas A. Brown (SBN 198210)
   GREENBERG TRAURIG, LLP
2  4 Embarcadero Center, Suite 3000
   San Francisco, CA 94111-5983
3  Telephone: 415.655.1271
   Facsimile: 415.520.5609
4
   Attorneys for Plaintiff Wikimedia Foundation, Inc.
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIKIMEDIA FOUNDATION, INC., | Case No. 5:20-cv-01756 |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| WORDLOGIC CORPORATION, and 602531 BRITISH COLUMBIA LTD., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Wikimedia Foundation Inc. ("Wikimedia") hereby moves to dismiss with prejudice all claims by Wikimedia against Defendants WordLogic Corporation and 602531 British Columbia Ltd., each side to bear its own costs and fees.

DATED: July 18, 2020

**GREENBERG TRAURIG, LLP**

By: _/s/ Nicholas A. Brown_

Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1271
Facsimile: 415.520.5609

Counsel for Plaintiff Wikimedia Foundation Inc.